JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LANGSTAFF, et al., | Case No. CV 10-04012 GW (AGRx) |
| Plaintiff, | Honorable George H. Wu |
| vs. | Courtroom 10 |
| MICHAELS STORES, INC., | **ORDER RE: DISMISSAL** |
| Defendant. | |

The Court having read and considered the Parties' Joint Stipulation re: Dismissal, and good cause appearing, **THEREFORE:**

**IT IS HEREBY ORDERED** that the instant action, entitled *Keith Langstaff v. Michaels Stores, Inc.*, USDC Case No. CV 10-04012 GW (AGRx) (the "Action"), shall be and hereby is dismissed with prejudice, with each Party to bear his/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 22, 2013                    _____

Hon. George H. Wu
United States District Judge